## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Milton Johnson, Brian McClellan, Dean Rose, Larry Etienne, and Paul Staupe,  Plaintiffs, v. ReadyLinks, Inc., and Larry Synstelien,  Defendants. | File No. 10-cv-04663 (JNE/FLN)  **ORDER TO EXTEND SCHEDULING ORDER** |

Based upon the stipulation of the parties, and good cause shown, it is hereby ordered:

**BY THE COURT:**

The Pretrial Schedule, dated February 9, 2011, shall be extended as follows:

    1. Discovery/Non-Dispositive Motions:

        b. All discovery shall be commenced in time to be completed by <u>June 21, 2011</u>.

No other changes to the Pretrial schedule are made at this time.

**BY THE COURT:**

Dated: May 31, 2011

*s/ Franklin L. Noel*
Franklin L. Noel
United States Magistrate Judge