

the **Voice** for employees®

Nichols Kaster, PLLP
Attorneys at Law

Minneapolis • San Francisco

July 20, 2011

**VIA ECF**
The Honorable Franklin L. Noel
United States District Court
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re: **Johnson, et al v. ReadyLinks, Inc., et al,**
           **Court File No. 10-cv-04663 (JNE/FLN)**

Dear Judge Noel:

    I represent the Plaintiffs in the above-referenced matter. I write to inform you that the parties have settled their disputes. While the parties have come to an agreement on the material terms of their settlement, a settlement agreement has not yet been signed. Once the parties have signed a settlement agreement in place, we will file a stipulation to dismiss the matter in its entirety. Counsel for Defendants is aware that I am sending you this letter, and he will be receiving a copy of the letter via ECF. Thank you.

                                      Sincerely,

                                      **NICHOLS KASTER, PLLP**

                                      Sofia B. Andersson-Stern

4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402 • Telephone (612) 256-3200 • Facsimile (612) 338-4878
Direct Dial (612) 256-3240 • Email andersson@nka.com • Web www.nka.com